No. 95–1682. LOUISIANA LEGISLATIVE BLACK CAUCUS ET AL. v. HAYS ET AL., 518 U. S. 1014. Petition for rehearing denied.

JUSTICE BREYER, with whom JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG join, dissenting.

Because the appellants have convincingly shown that this case is not moot, I would grant the petition for rehearing.

No. 96–5115. KIRBY v. DAVIS, WARDEN, ET AL., *ante*, p. 880. Motion for leave to file petition for rehearing denied.